DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

MARK PATRICK IEZZA, SBN 239813
Klein, Hocket, Iezza & Patel
455 Market Street, Suite 1480
San Francisco, CA 94105
Telephone: 415-951-0535
Facsimile: 415-391-7808
Electronic Mail:miezza@khiplaw.com

Attorney for DEFENDANTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **DIAB ENTERPRISES, INC.**, as an entity and doing business as "Wienerschnitzel #362", **HL COLLEGE SQUARE, LLC**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:17-cv-2086-JAM-CKD <br><br><br> **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

## **ORDER**

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: 6/19/2018 /s/ John A. Mendez
U. S. District Court Judge